

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| WYNTER ODOM; STACY CASE; and KIMBERLY WISE-LEWIS, Plaintiffs, | § § § § |
| vs. | § CIVIL ACTION NO. 3:15-04313-MGL-SVH § |
| CITY OF COLUMBIA POLICE DEPARTMENT, Defendant. | § § § § |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF STACY CASE'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 25(a)(1)**

This case was filed as a employment discrimination action. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Plaintiff Stacy Case's claims be dismissed without prejudice pursuant to Fed. R. Civ. P. 25(a)(1). The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 3, 2016, but Plaintiffs failed to file any objections to the Report.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment of the Court that Plaintiff Stacy Case's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 25(a)(1).

**IT IS SO ORDERED**.

Signed this 10th day of August, 2016, in Columbia, South Carolina.

s/ Mary Geiger Lewis<br>
MARY GEIGER LEWIS<br>
UNITED STATES DISTRICT JUDGE