AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Wynter Odom, Stacy Case, and Kimberly Wise-Lewis <br> *Plaintiffs* <br> v. <br> City of Columbia Police Department <br> *Defendant* | Civil Action No.    3:15-cv-04313-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, Stacy Case, take nothing of the defendant, City of Columbia Police Department, and this action is dismissed without prejudice as to that plaintiff's causes of action.

■ summary judgment is entered in favor of the defendant, City of Columbia Police Department, as to the causes of action of plaintiff Kimberly Wise-Lewis.  The plaintiff, Kimberly Wise-Lewis, shall take nothing of the defendant, City of Columbia Police Department, and this action is dismissed with prejudice as to those causes of action.

■ summary judgment is entered in favor of the defendant, City of Columbia Police Department, as to the first, second, fourth, and fifth causes of action of plaintiff Wynter Odom.  The plaintiff, Wynter Odom, shall take nothing of the defendant, City of Columbia Police Department, and this action is dismissed with prejudice as to those causes of action.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding.  The Court having adopted the Reports and Recommendations of US Magistrate Judge Shiva V. Hodges, which recommended dismissal of plaintiff Stacy Case's claims and granting in part the defendant's motion for summary judgment.

Date:  June 6, 2018                                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/Charles L. Bruorton
                                                                                    _____
                                                                                                  *Signature of Clerk or Deputy Clerk*